Harlow G. Fredrick and Doris A. Fredrick, Appellees,
v. Thomas F. Walsh, Appellant.

Gen. No. 10,373. 

Krusemark & Krusemark, for
appellant; Wise & Wise, for appellees. Opinion by JUSTICE BRISTOW.
Not to be published in full. Opinion filed February 21, 1950; released
for publication March 13, 1950.

Lyle Monroe, Administrator of Estate of Joe R. Greer,
Deceased, Appellee, v. Arthur Averkamp, Appel-
lant.
United Moving and Storage, Inc., Appellee, v.
Arthur Averkamp, Appellant.

Gen. No. 10,378. 

 Mark O. Roberts and Nack & Nack, for appellant; Mark O. Roberts, of counsel; O'Connor, Thomas & O'Connor and Manus & Manus, Richard W. Orton and Ralph M. Eaton, for certain appellees. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed February 21, 1950; released for publication March 13, 1950.

## Harley T. Thacker and Swift and Company, Appellees, v. Ben. L. Hammer, Appellant.

### Gen. No. 10,383.

 Bull, Yost & Ludens, for appellant; Karl Yost, of counsel; Besse & Besse, for appellees; Kennard J. Besse and L. Vernon Frye, of counsel. Opinion by JUSTICE BRISTOW. **Not to be published in full.** Opinion filed February 24, 1950; released for publication March 15, 1950.